## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07CIV7325                                    Purchased/Filed: August 16, 2007

STATE OF NEW YORK        UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF

_The New York City District Council of Carpenters Pension Fund, et al_                Plaintiff

against

_Wagner Contracting Co., Inc._                                        Defendant

STATE OF NEW YORK          SS.:
COUNTY OF ALBANY

_____Lewis Sperber_____, being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____August 24, 2007_____, at __2:00pm__, at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint and Judge's Rules

on

_____Wager Contracting Co., Inc._____, the

Defendant in this action, by delivering to and leaving with _____Amy Lesch_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service

was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.

Description of the person served:  Approx. Age: ___23___    Approx. Wt: ___160___    Approx. Ht: ___5'9"___

Color of skin: __White__    Hair color: __Blonde__    Sex: __F__    Other: _____

Sworn to before me on this

__28th__ day of _____August, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Lewis Sperber

Invoice•Work Order # SP0707070

_SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179_