UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 3 0 2007

07 CV 7325 (PAC)
ECF CASE

**DEFAULT JUDGMENT**

#07,2290

Plaintiffs,

-against-

WAGER CONTRACTING CO., INC.,

Defendant.
------------------------------------------------------------X

This action having been commenced on August 16, 2007 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant Wager Contracting Co., Inc. on August 24, 2007 by delivering two (2) true copies of the same to the Secretary of the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a proof of service having been filed on September 6, 2007 and the defendant not having answered the Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court having issued its certificate of default on November 5, 2007, it is

2

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against Defendant, pursuant to the arbitration award, in the principal amount of $40,353.86 plus interest of ten percent (10%) per annum from the date of said award, January 10, 2007, through the date of entry of this judgment, totaling $3,582.10, in addition to attorneys' fees and costs in the amount of $1,185.00 for a total of $45,120.96.

Dated: November 30, 2007
New York, New York

/s/ Paul A. Crotty
Honorable Paul A. Crotty
United States District Judge

This document was entered on the docket on _____.

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY      07 CV 7325 (PAC)
DISTRICT COUNCIL OF CARPENTERS ANNUITY        ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN      **CLERKS**
RETRAINING, EDUCATIONAL AND INDUSTRY          **CERTIFICATE**
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR
MANAGEMENT COOPERATION FUND, by
MICHAEL J. FORDE, and PAUL O'BRIEN,
as TRUSTEES,
                              Plaintiffs,

            -against-

WAGER CONTRACTING CO., INC.,
                              Defendant.
------------------------------------------------------------------X

   I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on August 16, 2007 by filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Wager Contracting Co., Inc. on August 24, 2007, by delivering two (2) true copies thereof to Amy Lesch, an authorized clerk in the Office of the Secretary of State of the State of New York, and proof of service being filed on September 6, 2007.

   I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to complaint herein. The default of the defendant is hereby noted.

Dated: Nov 5, 2007
       New York, New York

                                    J. MICHAEL MCMAHON
                                    Clerk of the Court

                              By: _____
                                    Deputy Clerk