

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
CHARITY FUND, and THE NEW YORK CITY
AND VICINITY LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 7325 (PAC)
ECF CASE

SATISFACTION
OF JUDGMENT

#C7,229C

                                                  Plaintiffs,
          -against-

WAGER CONTRACTING CO., INC.,

                                                  Defendant.
------------------------------------------------------------------X

WHEREAS, on the 30th day of November, 2007, a judgment was recovered by the plaintiffs, against the defendant, Wager Contracting Co., Inc., in the above entitled action for the sum of $45,120.96, which was duly entered on the docket of the United States District Court, Southern District of New York, on the 30th day of November, 2007, and whereas said judgment has been wholly paid.

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court for the United States District Court, Southern District of New York, is hereby authorized and directed to cancel, satisfy, and discharge the same.

Dated: June 9, 2008
       New York, New York

                                                  ANDREW GRABOIS (AG 3192)
                                                  O'Dwyer & Bernstien, LLP
                                                  Attorneys for Plaintiffs
                                                  52 Duane St.
                                                  New York, New York 10007
                                                  (212)571-7100